UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW 30$^{SM}$ ENHANCED PREMIUM & INCOME FUND, et al., <br><br>         Plaintiffs, <br><br> -against- <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br>         Defendants. | **INDEX NO.  14-CV-1652 (LTS) (DCF)** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiffs Dow 30$^{SM}$ Enhanced Premium & Income Fund, Nuveen NWQ Multi-Cap Value Fund, Nuveen Dividend Value Fund, Nuveen Equity Premium Opportunity Fund, Nuveen Large Cap Value Fund, Nuveen Tax-Advantaged Total Return Strategy Fund, Nuveen Core Equity Alpha Fund, Nuveen Equity Premium and Growth Fund, Nuveen Equity Premium Income Fund, Nuveen Large Cap Select Fund, Nuveen Diversified Dividend and Income Fund, Nuveen Credit Strategies Income Fund, Nuveen Preferred Income Opportunities Fund, Nuveen Strategy Balanced Allocation Fund, Nuveen NWQ Large Cap Value Fund, Nuveen Enhanced Core Equity Fund, Nuveen Strategy Conservative Allocation Fund, Nuveen Growth Fund, Nuveen Equity Premium Advantage Fund, Nuveen U.S. Equity Completeness Fund, Nuveen Quality Preferred Income Fund 2, Nuveen Quality Preferred Income Fund 3, Nuveen Quality Preferred Income Fund, Nuveen Tax-Advantaged Dividend Growth Fund, and Nuveen Preferred Securities Fund (collectively, "Plaintiffs"), and Defendants American International Group, Inc., Martin J. Sullivan, Steven J. Bensinger, Joseph Cassano, Andrew Forster, Alan Frost, David L. Herzog, Robert Lewis, Thomas Peter Athan (collectively, "Defendants"), that the above-captioned action and any and all of Plaintiffs' claims against Defendants therein are hereby dismissed with prejudice. The parties have agreed that each party will bear its own costs and attorneys' fees.

WEIL:\95202040\2\14430.0044

Dated: December 30, 2014

                                        LIEFF CABRASER HEIMANN
                                                                                                                                                                                                                                                                                                                                                                                                 & BERNSTEIN, LLP

By: /s/ Nicholas Diamand

Nicholas Diamand (ND 9701)
Daniel P. Chiplock (DC 1137)
Douglas I. Cuthbertson (DC 1004)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs Dow 30$^{SM}$
Enhanced Premium & Income Fund, et al.*

Dated: December 30, 2014

WEIL, GOTSHAL & MANGES LLP

By: /s/ Joseph S. Allerhand

Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8442
Facsimile: (212) 310-8007

*Attorneys for Defendants American
International Group, Inc. and David
L. Herzog*

Dated:  December 30, 2014

                                                           **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                                           _/s/ Robert H. Pees_
                                                           Robert H. Pees
                                                           Jamison A. Diehl
                                                           One Bryant Park
                                                           New York, NY  10036
                                                           Telephone: (212) 872-8054

                                                           _Attorneys for Martin Sullivan_

Dated: December 30, 2014

**DEBEVOISE & PLIMPTON LLP**

_____
Erich O. Grosz
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel for Thomas Peter Athan*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Lee G. Dunst
      Lee G. Dunst

200 Park Avenue
New York, New York  10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
ldunst@gibsondunn.com

*Attorney for Defendant Joseph Cassano*

Dated: December 30, 2014

LATHAM & WATKINS LLP

By: _____
Richard D. Owens
Paul A. Serritella
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendant Andrew Forster*

Dated: December 30, 2014

                          MAYER BROWN LLP

                          By: */s/ Joseph De Simone*
                          Richard A. Spehr
                          Joseph De Simone
                          Brad Jealous
                          1675 Broadway
                          New York, New York 10019
                          Telephone: (212) 506-2578
                          Facsimile: (212) 849-5578

                          *Attorneys for Defendant Steven J. Bensinger*

Dated: December 30, 2014

                        Milbank, Tweed, Hadley & McCloy LLP

                        By: _____
                             Thomas A. Arena
                             Dorothy Heyl
                             1 Chase Manhattan Plaza
                             New York, New York 10005
                             Telephone: (212) 530-5000
                             Facsimile: (212) 530-5219

                        *Attorneys for Defendant Alan Frost*

Dated: December 30, 2014

WILLKIE FARR & GALLAGHER LLP

Michael R. Young
Antonio Yanez, Jr.
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

*Counsel for Robert Lewis*